Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, New York 10017
(212) 292-4314
lynelle.slivinski@ogltreedeakins.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | |
|---|---|
| JACK B. LEMONIK, | Case No. 08 CIV. 0900 (JSR) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| | **Document Electronically Filed** |
| SUN LIFE INSURANCE & ANNUITY COMPANY OF NEW YORK, | |
| Defendant. | |

------------------------------------------------------

PLEASE TAKE NOTICE, that I have been retained by Defendant Sun Life Insurance & Annuity Company of New York, the above named defendant. I was admitted to practice in this District in 2000.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ Lynelle J. Slivinski
LYNELLE J. SLIVINSKI (LS-1210)
Attorneys for Defendant
(212) 292-4314

5501580.1 (OGLETREE)