Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

---

JACK B. LEMONIK,

    Plaintiff,

vs.

SUN LIFE INSURANCE & ANNUITY
COMPANY OF NEW YORK,

    Defendant.

Case No. 08 CIV. 0900 (JSR)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER,
MOVE OR OTHERWISE REPLY**

**Document Electronically Filed**

---

It is hereby stipulated by and between the undersigned attorneys that the time within which defendant may answer, move or otherwise reply to the Complaint filed by plaintiff is hereby extended up to and including March 7, 2008.

| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>Attorneys for Defendant | QUADRINO SCHWARTZ<br>Attorneys for Plaintiff |
|---|---|
| By: _/s/ Lynelle J. Slivinski_<br>Lynelle J. Slivinski | By: _/s/ Brad A. Schlossberg_<br>Brad A. Schlossberg |
| Dated: February 18, 2008 | Dated: February 15, 2008 |

IT IS SO ORDERED.

_____, U.S.D.J.