RAKOFF, S.

Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACK B. LEMONIK,

    Plaintiff,

vs.

SUN LIFE INSURANCE & ANNUITY
COMPANY OF NEW YORK,

    Defendant.

Case No. 08 CIV. 0900 (JSR)

STIPULATION AND ORDER
EXTENDING TIME TO ANSWER,
MOVE OR OTHERWISE REPLY

Document Electronically Filed

---

It is hereby stipulated by and between the undersigned attorneys that the time within which defendant may answer, move or otherwise reply to the Complaint filed by plaintiff is hereby extended up to and including March 7, 2008.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant

By: _____
    Lynelle J. Slivinski

Dated: February 18, 2008

QUADRINO SCHWARTZ
Attorneys for Plaintiff

By: _____
    Brad A. Schlossberg

Dated: February 15, 2008

IT IS SO ORDERED.

_____, U.S.D.J.
2-21-08

6500421.1 (OGLETREE)