Lynelle J. Slivinski (LS-1210)
OGLETREE, DEAKINS, NASH,
SMOAK, & STEWART, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10017
Telephone: (212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | | |
|---|---|---|
| JACK B. LEMONIK, | : | Case No. 08 CIV. 00900 (JSR) |
| | : | |
| Plaintiff | : | |
| | : | **DEFENDANT'S CORPORATE** |
| -Against- | : | **DISCLOSURE STATEMENT** |
| | : | |
| SUN LIFE INSURANCE & ANNUITY | : | |
| COMPANY OF NEW YORK, | : | **Document Filed Electronically** |
| | : | |
| Defendant | : | |
| | : | |

------------------------------------------------------------

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel certifies that Sun Life Insurance & Annuity Company of New York is wholly owned by Sun Life Financial Inc., a publicly traded company.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Attorneys for Defendant

By: /s/ Lynelle J. Slivinski
Lynelle J. Slivinski

Dated:   March 7, 2008

5548170.1 (OGLETREE)