Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 Fifth Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant
Sun Life Insurance & Annuity
Company of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | |
|---|---|
| JACK B. LEMONIK, : | Case No. 08 CIV. 0900 (JSR) |
| Plaintiff, : | |
| : | *Civil Action* |
| v. : | |
| : | **ORDER ADMITTING MARK E.** |
| SUN LIFE INSURANCE & ANNUITY : | **SCHMIDTKE, ESQ., *PRO HAC VICE*** |
| COMPANY OF NEW YORK, : | **PURSUANT TO LOCAL RULE 1.3(c)** |
| : | |
| Defendants. : | |

------------------------------------------------------

**THIS MATTER**, having come before the Court upon the application of Defendant SUN LIFE INSURANCE & ANNUITY COMPANY OF NEW YORK for an Order pursuant to Local Rule 1.3(c);

**IT IS** on this ___5th___ day of ~~April~~ May 2008

**ORDERED** that Mark E. Schmidtke, Esq., in good standing, be admitted as a visiting attorney, *pro hac vice*, to participate in all proceedings relative to the above-captioned matter.

SO ORDERED

_____
Honorable Jed S. Rakoff, U.S.D.J.

6176975.1 (OGLETREE)

Lynelle J. Slivinski (LS-1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 Fifth Avenue, Suite 1700
New York, New York 10175
Telephone: (212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant
Sun Life Insurance & Annuity
Company of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JACK B. LEMONIK, | Case No. 08 CIV. 0900 (JSR) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| SUN LIFE INSURANCE & ANNUITY COMPANY OF NEW YORK, | **(Via First Class Mail)** |
| Defendant. | |

---

I am over the age of 18 and not a party to this action. On this date, I served a true copy of the following documents:

**NOTICE OF MOTION TO ADMIT MARK E. SCHMIDTKE, ESQ., *PRO HAC VICE* PURSUANT TO LOCAL RULE 1.3(c);**

**AFFIDAVIT OF MARK E. SCHMIDTKE, ESQ., IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*;**

**AFFIDAVIT OF LYNELLE J. SLIVINSKI, ESQ., IN SUPPORT OF MOTION TO ADMIT MARK E. SCHMIDTKE, ESQ., *PRO HAC VICE*; and**

**[PROPOSED] ORDER ADMITTING MARK E. SCHMIDTKE, ESQ., *PRO HAC VICE* PURSUANT TO LOCAL RULE 1.3(c).**

on the party listed below, via first class mail, to the last known address of his attorneys of record as follows:

| | |
|---|---|
| Brad A. Schlossberg, Esq. | Counsel for plaintiff |
| Quadrino Schwartz | Jack B. Lemonik |
| 666 Old Country Road – Ninth Floor | |
| Garden City, New York 11530 | |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 21, 2008

*Margarida Oliveira*
Margarida Oliveira

6218035.1 (OGLETREE)