Lynelle J. Slivinski (LS 1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 Fifth Avenue, Suite 1700
New York, New York 10175
(212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant
Sun Life Insurance & Annuity
Company of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-7-08
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

JACK B. LEMONIK,                          :

                           Plaintiff,     :      Case No. 08 CIV. 0900 (JSR)

                                          :           *Civil Action*

v.                                        :

                                          :      **ORDER ADMITTING ERIC P.**
SUN LIFE INSURANCE & ANNUITY              :      **MATHISEN, ESQ., *PRO HAC VICE***
COMPANY OF NEW YORK,                      :      **PURSUANT TO LOCAL RULE 1.3(c)**

                                          :

                           Defendants.    :

-------------------------------------------------------

   **THIS MATTER**, having come before the Court upon the application of

Defendant SUN LIFE INSURANCE & ANNUITY COMPANY OF NEW YORK for an

Order pursuant to Local Rule 1.3(c);

   **IT IS** on this ___4th___ day of ~~April~~ May 2008

   **ORDERED** that Eric P. Mathisen, Esq., in good standing, be admitted as a

visiting attorney, *pro hac vice*, to participate in all proceedings relative to the above-

captioned matter.

                                   **SO ORDERED**

                                   _____
                                   Honorable Jed S. Rakoff, U.S.D.J.

6176972.1 (OGLETREE)

Lynelle J. Slivinski (LS-1210)
**OGLETREE, DEAKINS, NASH,**
**SMOAK & STEWART, P.C.**
521 Fifth Avenue, Suite 1700
New York, New York 10175
Telephone: (212) 292-4314
lynelle.slivinski@ogletreedeakins.com

Attorneys for Defendant
Sun Life Insurance & Annuity
Company of New York

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

| | | |
|---|---|---|
| JACK B. LEMONIK, | : | Case No. 08 CIV. 0900 (JSR) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **CERTIFICATE OF SERVICE** |
| SUN LIFE INSURANCE & ANNUITY | : | |
| COMPANY OF NEW YORK, | : | **(Via First Class Mail)** |
| | : | |
| Defendant. | : | |

------------------------------------------------------

I am over the age of 18 and not a party to this action. On this date, I served a true copy of

the following documents:

**NOTICE OF MOTION TO ADMIT ERIC P. MATHISEN, ESQ., *PRO HAC VICE* PURSUANT TO LOCAL RULE 1.3(c);**

**AFFIDAVIT OF ERIC P. MATHISEN, ESQ., IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*;**

**AFFIDAVIT OF LYNELLE J. SLIVINSKI, ESQ., IN SUPPORT OF MOTION TO ADMIT ERIC P. MATHISEN, ESQ., *PRO HAC VICE*; and**

**[PROPOSED] ORDER ADMITTING ERIC P. MATHISEN, ESQ., *PRO HAC VICE* PURSUANT TO LOCAL RULE 1.3(c).**

on the party listed below, via first class mail, to the last known address of his attorneys of record

as follows:

Brad A. Schlossberg, Esq.                    Counsel for plaintiff
Quadrino Schwartz                            Jack B. Lemonik
666 Old Country Road – Ninth Floor
Garden City, New York 11530

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April __21__, 2008

Margarida Oliveira

6218091.1 (OGLETREE)