UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lemonik

V.

Sun Life Insurance + Annuity Co. of New York

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 900 (JSR)(MHD)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

✓ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
5/4/08

United States District Judge