```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
JACK LEMONIK,                            :
                                         :
                Plaintiff,               :    08 Civ. 900 (JSR)
                                         :
        -v-                              :         ORDER
                                         :
SUN LIFE INSURANCE & ANNUITY COMPANY     :
OF NEW YORK,                             :
                                         :
                Defendant.               :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

In light of the parties' representation, during a telephone conference with the Court, that there will be no summary judgment motion practice in this case, the Court hereby cancels the final pretrial conference previously scheduled to take place on August 25, 2008, at 4 p.m., and sets a firm trial date to commence Monday, September 8, at 9 a.m.

SO ORDERED.

Dated: New York, NY
       July 2, 2008

_____
JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-3-08