```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
JACK LEMONIK                       :
                                   :
               Plaintiff,          :     ORDER
                                   :
          -against-                :     08 Civ. 0900 (JSR)(MHD)
                                   :
SUN LIFE INSURANCE & ANNUITY CO.   :
OF NEW YORK                        :
                                   :
               Defendant.          :
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

ORDERED that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, AUGUST 14, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       July 16, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Brad Adam Schlossberg, Esq.
Quadrino & Schwartz, P.C.
666 Old Country Road
Garden City, NY 11530

Evan S. Schwartz, Esq.
Quadrino & Schwartz, P.C.
666 Old Country Road
Garden City, NY 11530

Eric P. Mathisen, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10175

2

Lynelle J. Slivinski, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
521 Fifth Avenue, Suite 1700
New York, NY 10175

Mark E. Schmidtke, Esq.
103 Lincolnway
Valparaiso, IN 46383