Evan S. Schwartz (ES-8122)
Brad A. Schlossberg (BS-5341)
QUADRINO SCHWARTZ
666 Old Country Road - Ninth Floor
Garden City, New York 11530
(516) 745-1122

Attorneys for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

JACK B. LEMONIK,

                    Plaintiff,                    CIVIL ACTION NO.
-against-                                   08 Civ. 00900 (JSR)

SUN LIFE INSURANCE & ANNUITY COMPANY OF
NEW YORK,

                    Defendant.

-----------------------------------------------------------------------X

### SUPPLEMENTAL DISCLOSURE UNDER RULE 26

The Plaintiff, JACK B. LEMONIK, by his attorneys, Quadrino Schwartz, P.C., hereby supplements his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, and respectfully sets forth the following:

**A.    Witnesses likely to have discoverable information which Plaintiff may use to support his claims or defenses:**

    10.    Michael Mendez
            FX Alliance, LLC
            900 Third Avenue
            New York, New York 10022

Mr. Mendez has information related to Mr. Lemonik's occupational duties, the onset of Mr. Lemonk's disability and Mr. Lemonik's inability to perform the material and substantial duties of his occupation as Chief Technology Office at FX Alliance, LLC.

Dated: Garden City, New York
       August 13, 2008

By: _____
Evan S. Schwartz (ES-8122)
Brad A. Schlossberg (BS-5341)
Quadrino Schwartz
Attorneys for Plaintiff
666 Old Country Road - Ninth Floor
Garden City, New York  11530
(516) 745-1122