IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

JACK B. LEMONIK,

                             Plaintiff,          CIVIL ACTION NO.
-against-                                          08 Civ. 00900 (JSR)

SUN LIFE INSURANCE & ANNUITY COMPANY OF
NEW YORK,

                             Defendant.

------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2008, I electronically filed the foregoing **Supplemental Disclosure Umder Rule 26**, with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Mark E. Schmidtke, Esq.
        Eric P. Mathisen, Esq.

I further certify that I mailed the foregoing documents and the notice of electronic filing by first class mail to the following non-CM/ECF participants: NONE.

                By: _____
                      Evan S. Schwartz (ES-8122)
                      QUADRINO SCHWARTZ
                      Attorneys for Plaintiff
                      666 Old Country Road - Ninth Floor
                      Garden City, New York 11530
                      (516) 745-1122
                      ess@quadrinoschwartz.com