# Ogletree
# Deakins

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

*Attorneys at Law*

Two First National Plaza
20 South Clark Street, 25th Floor
Chicago, IL 60603-1891
Telephone: 312.558.1220
Facsimile: 312.807.3619
www.ogletreedeakins.com

Eric P. Mathisen
eric.mathisen@ogletreedeakins.com

August 29, 2008

**VIA FACSIMILE: (212) 805-7935
AND 1ST CLASS U.S. MAIL**

The Honorable Jed S. Rakoff
U.S. District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1340
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

Re: *Lemonik v. Sun Life Insurance & Annuity Company of New York*
Case No.: 08-cv-0900 (JSR)
Our File No.: 016621-29

Your Honor:

The parties have settled and resolved the above referred to case. The parties have agreed to a <u>dismissal with prejudice with each party bearing their own fees and costs</u>. The trial setting of September 8, 2008 may be vacated.

Please feel free to contact us should you have any questions.

Very truly yours,

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART** for Defendant
Sun Life Insurance & Annuity Co. of NY

**QUADRINO SCHWARTZ** for Plaintiff
Jack B. Lemonik

/s/ Eric P. Mathisen          /s/ Evan Schwartz

EPM/jla

6617312.1 (OGLETREE)

Clerk to enter judgment.
SO ORDERED
[signature] JSDJ 8-29-08